UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

2007 OCT -9 A 11:35

In re ARTHUR D'AMARIO, III (petitioner, pro se) : C.A. NO. 07-cv-324-SM

# PETITION FOR A WRIT OF MANDAMUS

1. This is a petition for a writ of mandamus compelling a federal official to perform a duty owed to Petitioner under the Constitution and statutes. Venue is properly laid in the district of New Hampshire, and the court has jurisdiction pursuant to 28 USC § 1361.

2. Petitioner is a federal prisoner serving a sentence imposed in the district of New Jersey for the offense of allegedly threatening Judge DiClerico in 2000.

3. If the requested relief was granted, it would not bring into the question the validity of Petitioner's NJ conviction, but instead would provide him with evidence needed to support a Third Circuit motion for a new trial under 28 USC §§ 2244(b) and 2255. The evidence sought by Petitioner is rightfully his and was illegally suppressed from his NJ trial in 2001 by federal agents acting in concert with, or on behalf of, Respondent. The evidence is presently within the custody or control of Respondent.

4. Respondent James R. Starr, sued in his official capacity only, is the Clerk of this court in Concord, NH, and employed by Judge DiClerico. In Sept. 2007, Respondent denied Petitioner's written request that he voluntarily disclose the evidence sought below.

## Nature of Claim

5. On or about July 3, 2000, FBI and US Marshals notified Judge DiClerico that Petitioner had appeared to have made a threat against him while the judge was presiding over USA v. D'Amario, No. CR 99-30-1-JAD (D/NH). Petitioner was indicted in NJ for the offense on May 18, 2001, while Judge DiClerico presided over D'Amario v. USA, C.A. No. 1-0069-JAD (D/NH). Judge DiClerico did not recuse himself from these two cases until Oct. '01 when contacted for an ex parte interview by AUSA Debra L. Goldklang (D/NJ).

6. Between July 3, 2000, and continuing into 2007, Judge DiClerico had extensive ex parte contacts concerning Petitioner with FBI, USMS, US Attorneys and courthouse security personnel. Judge DiClerico dispatched to, and received from those officials, letters and memos concerning the investigation into

Petitioner's alleged threat and other related topics. For example, Judge DiClerico was made aware by USMS of an elaborate "dirty tricks" campaign being conducted against Petitioner in retaliation for his offense by US Marshals in RI and NH and by Probation officers in NH, RI and NJ.

7. During this period from 2000-07, Judge DiClerico and Respondent preserved letters, notes, memos, and other evidence described in ¶6 above. On Nov. 21, 2000, the judge sent a personal "memo" to USMS referring to Petitioner (see attached exhibit). Upon information and belief, this suppressed evidence is exculpatory and, if divulged, would give rise to habeas corpus relief that Petitioner intends to seek in NJ.

8. Various government officials have already breached legal duties to provide Petitioner with this evidence in criminal proceedings pursuant to the Jencks Act, F.R.Crim.P. 16, Brady v. Maryland, and orders entered by Judge Irenas in 2001 in USA v. D'Amario, No. CR 1-346-JEI (D/NJ).

WHEREFORE, Petitioner demands Judgment as follows:

A. That this court issue a writ compelling Respondent to promptly disclose to Petitioner all of the evidence within his custody or control, as mentioned in ¶¶6 and 7 above;

B. For his fees and costs of suit incurred, if any;

C. That this court grant such other and further relief as it may find appropriate under the circumstances.

I declare under penalty of perjury that the foregoing is true.

EXECUTED ON: Sept. 29, 2007

PETITIONER, pro se,

[signature]

Arthur D'Amario III
I.D. No. 02989-070
FCI Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

United States Department of Justice
United States Marshals Service

**REPORT OF INVESTIGATION** 

| | | |
|---|---|---|
| 1. CASE: FID # 371122 | 2. DATE OF REPORT November 22, 2000 | 3. REPORTED BY: [redacted] b7C AT: Concord, NH |
| 4. CASE TITLE: D'AMARIO, Arthur | | |
| 5. OTHER DEPUTIES: | | |

6. TYPE OF REPORT *(Check One):*

[ ] REPORT OF ELECTRONIC INTERCEPTION
[ ] COLLATERAL LEAD
[ ] WITNESS INTERVIEW
[ ] ARREST
[ ] INTELLIGENCE UPDATE
[ ] MEMORANDUM TO FILE
[X] OTHER Inappro. Comm.

On November 21, 2000, this office received a memo from Judge [redacted] referencing two pieces of communication from D'AMARIO, Arthur. The first one is dated November 7, 2000, and received by the court on November 13, 2000. The second dated November 15, 2000. Both pieces were sent to the judge's chambers. After a review of the letters there does not appear to be a direct threat against the judge or anyone else. Assistant United States Attorney Debra Goldklang [redacted] was notified of the letters and copies were faxed to her. Goldklang is the assistant handling the case in the District of New Jersey.

b7C

| | |
|---|---|
| 7. SIGNATURE [redacted] 11/22/00 | 11. DISTRIBUTION<br>X DISTRICT<br>X HEADQUARTERS<br>___ OTHER ______ |
| 9. [redacted] 10. DATE 11/22/00 | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

*USM FORM-11*