UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Arthur D'Amario, III

Misc. No. 07-082ML

v.

James R. Starr, Clerk of the
United States District Court - NH

# ORDER

All of the judges in this district hereby recuse themselves from presiding over this case. Accordingly, this case shall be returned to the District of New Hampshire for designation and reassignment.

Enter:
Barbara Barletta
Deputy Clerk

Order:

Mary M. Lisi
Mary M. Lisi, Chief Judge

Date: 11/9/07